# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:
**SONYA MARIE WILKINS**	CASE NO:	17-51173
	CHAPTER:	13
	JUDGE:	OXHOLM

_____Debtor(s)_____/

## DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY THE MICHIGAN DEPARTMENT OF TREASURY (CLAIM #9)

**NOW COMES** the Debtor, **Sonya Marie Wilkins,** by and through her attorneys, B.O.C. Law Group, P.C., and in support of this objection states the following:

1. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on August 4, 2017.

2. Debtor's Chapter 13 Plan, filed on or about August 18, 2017, is pending confirmation, scheduled for February 5, 2018 @ 10:00 am.

3. That on December 11, 2017, creditor Michigan Department of Treasury, filed a Proof of Claim, identified as Claim #9 on the Court's claim register.

4. Claim #9 asserts the following claim(s): a) an unsecured priority claim for tax years 2015 and 2016 in the amount of $7,134.23 (based upon an allegedly unfiled return); and b) a general unsecured claim for 2015 and 2016 tax (again, for alleged unfiled returns) and Driver's Responsibility fees.

5. Debtor hereby files this objection pursuant to FRBP 3007, and asserts the claim of the Michigan Department of Treasury should be partially disallowed, for the following reason(s):

    a. Debtor did not earn sufficient taxable income for either 2015 or 2016 to meet the threshold required to invoke mandatory filing of a tax return for these years. This is evidenced by a sworn affidavit filed with this Court on September 14, 2017 [Docket #26]. Therefore, there is no basis for the Michigan Department of Treasury to be paid anything on its proof of claim as it relates to estimated liabilities to the State of Michigan and/or City of Detroit for tax years 2015 and 2016.

6. Debtor requests this objection be granted pursuant to the terms of the attached Order.

**WHEREFORE** Debtor prays this Honorable Court sustain her objection to the claim of Michigan Department of Treasury and for what further relief this Court deems equitable and just.

Respectfully submitted,

Dated: December 18, 2017

**/s/ Corey M. Carpenter**
**B.O.C. Law Group, P.C.**
**By:   Corey M. Carpenter (P67818)**
**Attorneys for the Debtor**
**24100 Woodward Avenue, Suite B**
**Pleasant Ridge, Michigan 48069**
**Phone: (248) 584-2100**
**coreycarpenter@boclaw.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**SONYA MARIE WILKINS**  CASE NO: 17-51173
 CHAPTER: 13
 JUDGE: OXHOLM

_____ **Debtor(s)** _____/

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM
FILED BY THE MICHIGAN DEPARTMENT OF TREASURY (CLAIM #9)**

This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim(s) of the above referenced creditor, service having been made with a notice of hearing allowing a thirty-three (33) day notice pursuant to Bankruptcy Rule 3007, no timely response having been filed, a **Certificate of Non-Response** having been filed with the Court, and the Court being fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The objection to the Proof of Claim(s) filed by the Michigan Department of Treasury above-referenced Creditor is hereby granted. To the extent the Chapter 13 Trustee has made disbursements to this creditor, he shall not be obligated to recoup same.

**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

[XX] Claim #9 shall be paid/treated as follows: (1) the unsecured priority portion of the claim sis hereby disallowed and the Chapter 13 Trustee shall make no disbursements thereon; and (2) the general unsecured portion of the claim is hereby reduced to $1,000.00 (covering the drivers responsibility portion of the claim, only) and shall be treated as a general unsecured claim pursuant to the terms of Debtor's Chapter 13 Plan, as confirmed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**SONYA MARIE WILKINS**                CASE NO:   17-51173
                                       CHAPTER:   13
                                       JUDGE:     OXHOLM

_____**Debtor(s)**_____/
**Address:** 15764 Wisconsin, Detroit, MI 48238
**Last four digits of Social Security or** Employer's Tax Identification (EIN) No(s).(if any): xxx-xx-1727

**NOTICE OF OBJECTION TO CLAIM**

BOC Law Group, P.C. has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before January 29, 2018, you or your lawyer must:

1.   File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:
BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, MI 48069

2.   Attend the hearing on the objection, scheduled to be held on February 5, 2018, at 10:00 a.m. in Courtroom 1875, United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: December 18, 2017          /s/ Corey M. Carpenter_____
                                 B.O.C. Law Group. P.C.
                                 Corey M. Carpenter (P67818)
                                 Attorneys for Debtor
                                 24100 Woodward Avenue
                                 Pleasant Ridge, MI 48069
                                 248-584-2100
                                 coreycarpenter@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
**SONYA MARIE WILKINS**　　　　　　　　CASE NO:　17-51173
　　　　　　　　　　　　　　　　　　　　CHAPTER:　13
　　　　　　　　　　　　　　　　　　　　JUDGE:　　OXHOLM

_____Debtor(s)_____/

**CERTIFICATE OF SERVICE**

**Corey M. Carpenter** hereby certifies that on **December 18, 2017** a copy of the **Debtor's Objection to the Proof of Claim of the Michigan Department of Treasury (Claim #9), Proposed Order, Notice of Objection and Hearing and Certificate of Service**, was served upon the following parties using the ECF System and via Regular Mail:

Tammy Terry　　　　　　　　　　　Michigan Attorney General
Chapter 13 Trustee　　　　　　　　　3030 West Grand Boulevard, Suite 10-200
535 Griswold St., Ste. 2100　　　　　Detroit, MI 48202
Detroit, MI 48226　　　　　　　　　(Regular Mail)
**(ECF ONLY)**

Michigan Department of Treasury
PO Box 30168
Lansing, MI 48909
(Regular Mail)

　　　　　　　　　　　　　　　　　　Respectfully submitted,

**Dated: December 18, 2017**　　　　　**/s/ Corey M. Carpenter**
　　　　　　　　　　　　　　　　　　**B.O.C. Law Group, P.C.**
　　　　　　　　　　　　　　　　　　**By:　Corey M. Carpenter (P67818)**
　　　　　　　　　　　　　　　　　　**Attorneys for the Debtor**
　　　　　　　　　　　　　　　　　　**24100 Woodward Avenue, Suite B**
　　　　　　　　　　　　　　　　　　**Pleasant Ridge, Michigan 48069**
　　　　　　　　　　　　　　　　　　**Phone: (248) 584-2100**
　　　　　　　　　　　　　　　　　　coreycarpenter@boclaw.com